**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-61802-UU

ROBERT JOHNSON,

    Plaintiff,

v.

MATINEE USA, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*.

On July 18, 2019, Plaintiff filed the complaint. D.E. 1. That same day, Plaintiff amended the complaint as a matter of course. D.E. 4. To date, Plaintiff has not served Defendant. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, August 2, 2019**, as to why Plaintiff has failed to serve Defendant. In the alternative, Plaintiff SHALL file the verified proofs of service by this date and/or state, in detail, why Defendant has not yet been served.

DONE AND ORDERED in Chambers at Miami, Florida, this 30TH day of July, 2019.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf