UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61802-UU

ROBERT JOHNSON,

    Plaintiff,
v.

MATINEE USA, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.

On July 18, 2019, Plaintiff filed the complaint. D.E. 1. That same day, Plaintiff amended the complaint as a matter of course. D.E. 4. On July 30, 2019, the Court issued the Order requiring Plaintiff to show good cause in writing by August 2, 2019 as to why he has failed to serve Defendant. D.E. 8. To date, Plaintiff has neither responded to the Order nor served Defendant. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, August 23, 2019**, as to why Plaintiff has failed to serve Defendant. In the alternative, Plaintiff SHALL file the verified proofs of service by this date and/or state, in detail, why Defendant has not yet been served. <u>Failure to comply with this Order will result in the immediate dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of August, 2019.

                                            */s/ Ursula Ungaro*
                                          UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf