UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61802-UU

ROBERT JOHNSON,

    Plaintiff,

v.

MATINEE USA, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Response to Order to Show Cause. D.E. 10.  It is hereby

In his Response, Plaintiff requests that the Court afford him 45 days to serve Defendant, which is within 90 days from the filing of the complaint.  D.E. 1 & 10.  The Court will grant the extension and require Plaintiff to file a report about the status of service.  It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a status report regarding service no later than **Friday, September 20, 2019**.  In the alternative, Plaintiff SHALL file the verified proof of service by this date.  It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file the Joint Planning and Scheduling Report no later than **Friday, September 27, 2019.**  The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, October 11, at 10:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th__ day of August, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf